977 A.2d 1086

**JPMORGAN CHASE BANK N.A., as Trustee for the Registered Holders of ABFS Mortgage Pass–Through Certificates Series 2002–4, Respondent**

v.

**Joong H. WHANG and Youn O. Whang, Petitioners.**

**No. 66 EM 2009.**

Supreme Court of Pennsylvania.

July 21, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of July, 2009, the Petition for Review is **DENIED.**

---

977 A.2d 1086

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Robert WASHINGTON, Petitioner.**

**No. 79 EM 2009.**

Supreme Court of Pennsylvania.

July 21, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of July, 2009, the Petition for Review is **DENIED.**